case number 24-2125 United States of America v. Cortez Blake oral argument not to exceed 15 minutes per side Mr. Livingston for the appellant you may proceed good morning what are your honors may it please the court my name is William Livingston I represent the appellants Cortez Blake I'd like to reserve three minutes of my time for a this appeal raises challenges to mr. Blake's conviction of kidnapping as well as the imposition of certain conditions of supervised release as to the conditions of supervised release this court held in United States v. Booker that plain error does not apply to the review of a condition of supervised release that includes a greater restriction that was actually announced at sentencing so that is consistent with federal criminal 51 B where we do not the absence of an objection does not prejudice the party when the party does not have an opportunity to actually what about the fact that it was in the PSR and there was no objection to the proposed supervised release term in the PSR you think that should you think there should be a duty to object to that I don't your honor and the reason is is that criminal rule 32 provides what you have to object to in a PSR so you have to object to the sentencing guideline range you have to object any policy statements and you have to object to factual assertions that are material supervised release conditions are not something you actually have to object to so I'll go look at the rule but it really is clear about that and it essentially calls everything else forfeiture waiver I'm saying that I those are the three areas you have to object to a condition of supervised release at least under rule 32 you do not object to and that's what the Ninth Circuit found in the case we cited what happens if you're right does it go back to judge Michaelson it goes it goes back the district court judge or what what happens well in two things your honor and I I should back up a little bit in response to judge Murphy's question I think what's important in this case is it's not just that it wasn't the the PSR wasn't incorporated into the announcement in sentencing it's that it actually there's material difference from what was I know I'm okay yeah so I'm accepting that we'll call it a variance bad word in this area but a variance between the written and oral and you know you're saying that's a right there I'm if it just goes back to judge Michaelson don't you think the odds are pretty high she's gonna stand by the written one well I don't think it should go back to the district court and the reason is is under this court's decision in the United States verse Hayden again cited in our brief this court said this and I won't quote extensively but it says that is why if an oral sentence in a written sentence ever conflict the oral sentence controls so I think whatever was in the written judgment that was not actually announced in sentencing should be vacated and what was announced in sentencing should be the supervised release conditions what if let's say there's ambiguity surely you can go back for sorting out the ambiguity well I I don't think there's well I guess I did not understand the question of ambiguity because we actually have to I think distinct material terms that were actually imposed in this case I don't think there is ambiguity well I mean the first of all it's hypothetical so you're suggesting you know you're stuck whatever happened and that seems like a strange you know rule that's a little too black and white for my taste I mean I would think you could always send it back to the district court particularly to clear up an ambiguity I I would say you're right that there are some clear differences but at one level it's about gang related I mean that is the heading you would say it's it's wearing gang related stuff and the question is how far that goes you're right your honor I think what was actually announced in sentencing dealt specifically with gangs I mean what was announced was you shall not you know wear display possess any clothing symbol that in any way symbolizes membership in affiliation with a gang but we have in the written judgment doesn't he actually even really mentioned gang it's just a large insignia that can be viewed from 10 feet so that's really actually not even really tied to the gang so I think if this court were just to vacate that portion of it and impose the gang related what if we narrowly construed it well I don't think they would be other words we're allowed to try to fix the variance we're not trying to create problems we can try to fix problems correct your honor except that the defendant wasn't actually there for the condition to be imposed I think that would violate his right to be present at sentencing well that's like sending it back to do it all over again fixes that problem you yeah so there's a couple remedies this court could choose one is the remedy I think that this court set forth in Hayden where you could just vacate and say what's that oral sentencing is what controls the other option would be just to review this de novo which I think is what this court said to do in Booker if you wanted to go that route or at least Booker and Carpenter I don't think it has to go that route because I think under the one body of case laws of when there's a material different the oral sentence controls but the other option would be well now let's give you this under de novo review and we submit that it's overbroad under no no there's a third option if the if the objection is not being there live isn't the third possibility to be there live for a new sentencing that would be a possibility your honor I have not seen that in the case law on this circuit but I that is a possibility I think that's what the Second Circuit did in the Montoya case we cited but I I suppose it's theoretically possible I haven't seen it in the cases that both parties like double jeopardy or something no I agree it's not it's not double jeopardy so that that would be a viable option it's not an option I've seen this court utilize and that's why we think Hayden controls so getting to the the merits of the court were to proceed under the de novo review we talked about again while the conditions that were announced at sentencing I think were specifically tied towards gang related affiliation gang related activities what we have that was actually included in the written judgment entry is far beyond that includes you know I think we'd be hard-pressed to find clothes that wouldn't have some symbol some insignia some emblem that you couldn't see from 10 feet away you know I can see the ties from 10 feet away in this courtroom so I would say you know a MAGA hat Detroit Lions t-shirt a Nike swoosh on shoes all of those things would be prohibited and I don't see any you know basis for that outside of that the court wanted to try and restrict some sort of gang affiliation that what we have is an overbroad restriction in that case and so the association provision we recognize that would be subject to plenary there's not a material difference from what the court announced at sentencing versus what was in the written judgment entry but we still think it's overbroad because if we create a problem of being one step removed from the gang now right so it's not just you can't associate with members who are you know known to be in a gang you can't associate with you can't be in social company with people who are associated with the gang so what does that really mean and what does that prohibit I think it's a little bit vague but you know at worst it would prohibit association or being in social company with people who are family members of a gang member church leaders community leaders and so for that reason too we think that provision should be narrowed how does that play out in reality I'm just say you have something that has that kind of ambiguity I assume someone's law-abiding at that point would talk to the parole officer right I mean isn't that I mean that's a safe harbor if you associate with someone after asking a parole officer you know this is my cousin we're very close you know I don't know what the heck my cousin does in these things but I'd like to continue to celebrate Thanksgiving holidays birthdays etc and I guess the the issue would be well should we deal with that now or should we deal with that later and I think because it's a part of the sentence the defendant should challenge that on direct review and I think that leads us to the last point of this analysis which is what the government raises whether this is right for review we submit that it is because it is part of the sentence and it's a mandatory condition the only time this court is found where a supervised release condition is not right for review involves cases that there's discretion to be imposed at a later date all the conditions that are imposed are mandatory in this case so we think the defendant should raise it on direct review where he has counsel and where they can actually argue this in front of the Court of Appeals that associated language that you're talking about and it's ambiguity but it makes sense for us to just construe it more narrowly like in one sense we're saying you know that I think that the language says right you can't be found in social company of any person you know or recently ought to know is a member of or associated with the gang and I guess you could read associated with a gang being like knew someone in it once or you could be like you're an associate of the gang like we don't call them members we call them associates and so I think I take your that like it might be what does it mean to be a member of or associated with a gang but reading it with member of I kind of see that maybe the judge was getting something much more than you know you're the you're the cousin of someone in a gang or things like that but that you're like actually right you are associated with a gang is a much deeper tide than this kind of friend of friend analysis that you're positing well I think there has to mean something more than member otherwise they wouldn't need associated with and I guess the point is it's broad enough to where it certainly could create issues for my client and that's why we think it should be narrowed to something that it's easily ascertainable to what we're actually dealing with the fear of course is that you know you talk to somebody who has is never been a gang member and just happens to associate with this particular you know gang for innocuous reasons that could create a problem if my client is in social company with that person I think it's within this courts purview to narrow it but I also understand if the court you know we're inclined to remand then the district court could do so as well with the instruction given by this court would you this this associated with a game I understand your argument about the written judgment conflicting with the oral sentence and that de novo review should apply because you didn't have a chance to object but this associated with the gang language was in the oral sentence so would you concede that plain air review applies yes if I didn't do that already yeah then then why why is it an obvious error you're just saying that I mean this is something that the district court could have corrected if you had right it seems like a classic case for why plain air exists that should have objected to it and had the district court clarify our authority for that your honor was the Ninth Circuit case United States vs. Johnson were very similar provision was found to be over and so for that reason we're relying on that case yes for the other provisions that we cited where there's a material difference de novo review would apply or the court should conclude that what I was actually announced in sentencing controls as to any trial errors you know they've been fully briefed I'd be happy to go into any area the court wants to I'm just curious on the on the jurisdictional point there is the use of what social media why wouldn't that be the use of setting I know our you're bound by this but I'm just curious as a matter of first principles why wouldn't the use of social media be a sufficient commerce connection well I believe the issue that was actually argued a trial was just the simple use of a cell phone that I believe creates problems because the use of the phone was purely interstate it was meant to get people to the house and then it was meant to get as they were going through the complainants phone that was one of the predicates the government used as a mention and yes they were going through social media I think the question is is how does a simple if you were to believe that they have proven kidnapping and I you know that was the the verdict why does this become a federal crime outside of the fact that there was a car involved that was used within the city and phones were used within the city granted yes they were on Instagram they may have been doing other things but is that what was really intended under the Commerce Clause to make these crimes that are otherwise purely state to get federal jurisdiction and that's why we raised that issue I said the government didn't rely on the use of a Instagram and they only relied on the use of the phone so under our precedent the phone and in the car I suppose as well my understanding is they relied on the phone a part of that was Instagram okay I see my time's up unless there's any questions thank you very much thank you from the government good morning good morning and may it please the court Sarah Al-Sadin for the United States the defendant was convicted of aiding and abetting kidnapping and he raises five issues on appeal I'm gonna start first with the motion to suppress the district mind you mind going to the the sentencing one that we focused on just to kind of get your take on that I mean I realize it's a little harder but it'd be nice to I mean it does it does seem like there's a disparity between the two things it does seem like our rightness decisions are more about conditions of whether special or general that have an ambiguity in a more a condition in them yeah so it does seem fair for him to challenge them now even though it's a long time from now I guess what's the harm of sending it back to judge Michaelson is be my question well your honor um I'll start first with rightness there have been some decisions in recent years including the Lindahl decision that's 2024 Westlaw 378 274 and Nichols 802 federal appendix 172 in both of those cases this court has declined to address SRV conditions as not ripe and the reasoning for those is where where the condition is going to follow a long prison sentence or where where it's conditional or there's some sort of ambiguity about what's going to happen in the future we have that here it's not even clear that after he's done serving his 16 and a half year long sentence that this gang will even exist and at that point you know any restrictions would obviously not not have to follow if even if the court decided to address these which is definitely within the purview conditions go beyond one gang don't they any gang yes I mean so gangs are likely to be around sad to say yeah unfortunately so this exact condition was actually approved by this court in United States versus banks that's 722 federal appendix 509 case involving a variance between the oral and written sentence uh it wasn't a case involving a variance this was just the exact same condition that we have here but we do have cases the whole block so it's if you look at the judgment it's the special condition number four I and the fourth condition it's the fourth condition listed and it's a whole block paragraph just kind of confirms my instinct it was a mistake which is why well so I don't think that it was just to send it back and make sure judge Michelson what she meant and then it's an open court the defense there that solves that problem so I think what happened wasn't that it was a mistake I think that there was kind of an abbreviation of the entire condition I think the judge looks down reviews conditions that were recommended and reads from that and it's very clear from the record why this whole entire condition was imposed and so you read it in context and you understand that this person was involved in a gang he's in a community of a lot of different people who are involved in this gang and so the reasons are clear that are in the written order that weren't in the oral order yes there are different things that he can and can't wear based on if you're looking at the written order or yes there is a variance between what was orally imposed and what was written but where it's like in a meaningful way as to what you know the defendant can do upon supervised upon relief the whole insignia sentence yes but this court can incorporate district courts often incorporate by these special conditions by reference right but didn't here no that would have been perfect yeah didn't entirely but again I think we were still under the plane error calculus here did as to general but not as to special did as to there was maybe I'm misremembering this case but I thought there was an incorporation of general but not an incorporation of special condition there was not a specific incorporation of the special conditions that right okay so that's I mean again I was a mistake but we don't know yeah I think it's clear from the record that this is one if they were separated out but this is one block paragraph and the judge is reviewing it and picking out the most important parts of it the defendant had the opportunity to review this in the PSR this wasn't and so we should just generalize it at the level of gang related clothing and that clearly is in written and order oral and to the extent there's a disparity construe it to be more like the written is that we're supposed to do I mean the written judgment will control and this court has previously even where when where an oral pronouncement hasn't been made of that special condition if the reasons on the record are are clear for why that condition is being imposed this court will say that there wasn't a plane error that that that the reasons for that for that condition are are clear. If we disagree and think this needs to go back to the district court your friend on the other side has mentioned that you know it would just be conformed to the oral order do you think that Judge Michaelson does these conditions all over again in open court does it does the written order just get conformed to the to the oral order what what have we done in the past? I'm not entirely certain and mainly because this court's decisions have usually been upholding these and just you know affirming and finding no error but I I am under the impression that if you send it back that she would just essentially probably based on my read of what happened at the sentencing should probably just read the condition out loud and not take any Most of the time I think we uphold them as plane error but that's you don't think Do you think plane error applies to the special condition? Yes I do. Because it was in the PSR? Yes it was in the PSR he had the opportunity to look through the PSR and object and then he had I don't have the rule in front of me but you know Blake Blake's counsel says that the rule doesn't require you to object to these types of things in the PSR I don't have it in front of me so I don't know what it says but I also don't have the rule in front of me but I know that we have this court decided the u.s. versus Brian decision this this year in April and reviewed for airplane error where the court failed to orally impose a special condition listed in the pre-sentence report and the reason for that was because the reasons for that condition were because it was in the PSR was in the PSR and just as it is here it was here but the judge doesn't always do everything that's in the PSR whether it's agree with an enhancement or other types of things we we take the sentence as the judge pronounced and then let the judge is saying oh and I'm taking everything else that's in the PSR how do you know that the judge is adopting everything that's in the PSR these are these the conditions I you know I think most of the time judges make it more clear on the record but I don't think that it would be reversible error in this case particularly where the reasons for imposing the gang-related condition were put on the record the fact that you know some parts of the condition if it's a case where the judge is like I'm not adopting this PSR but that's not the case that we have here we have the judge giving reasons for why but doesn't that leave the Defense Council in a place where they have to guess whether the judge is imposing you know a condition that they think is appropriate that maybe is similar to but not quite the same as in the PSR and object to like what the judge is not actually imposing um yeah I mean I can understand that it I mean maybe the judge thinks that you know the insignia part is you know not so great because it prevents you from wearing a Nike t-shirt and maybe that has problems so the judge is not going to like incorporate that part so when the judge reads the you know your supervised release conditions they don't include that should you know to object to it anyway because this is a fairly so there are the standard conditions the special conditions but even these special conditions are fairly routine in certain types of cases and I think that's why this court has considered this exact same condition before because the probation department is recommended your defense counsel should know that this is just like usually goes in and object to it even though it's not going in in your case but goes in another case well that's why they should have you know at the sentencing to the PSR or prior to sensing I've got a clueless question remind me when the written part comes out it comes out afterwards yes usually within a day or so sometimes so would that have preserved it had he once he got the written thing then was he supposed to is there a vehicle there's not a vehicle there's a whole finality thing about sent criminal sentences so that's the only opportunity was listening boy that seems like well quite a perilous decision the district court often asks litigants and I'm sure that they if they've reviewed the PSR carefully with their client ask the client ask the defendant whether they've reviewed the PSR if they have any objections to any part of it and those conditions are listed in the PSR and so that would be the appropriate time to bring those objections up it seems strange to me not to say it's when you hear it I mean that's what that's the whole point of the Boston question the Boston question comes at the end and then the judge says is there anything I'm missing is there anything else you'd like me to do and the defendants going few they're not doing the insignia thing insignia thing and that turns out not to be true I don't think that district courts often read every single part of the judgment at the sentencing you know it would impose a huge burden for them to have to read through I mean maybe that's the rule that you would like to apply I thought it was the rule I thought that was the whole point of this oral written variance point in terms of the admission of the kind of Instagram message text chain on November 15th like the second day after the the kidnapping victim is already you know returned in home what is the analysis you'd like us to use for considering why that can be admissible so there's a three-part test you look at was there a conspiracy was the defendant a member of this conspiracy and were the statements in furtherance so that's the that's the analysis and the Franklin case I think is most on point you have this conspiracy to kidnap but you also have this broader conspiracy to retaliate against this rival gang that orchestrated this carjacking and the statements in that group chat were in furtherance of both and not only did were they in furtherance of both because they were involved were planning what was happening they were telling people to bring out all your guns we're gonna kill somebody tonight they were also talking about concealing the invent concealing like there was a message that went out that said delete this chat count does concealing the existence of the conspiracy count as in furtherance of the conspiracy yes it does pursuant to the Franklin case and our statements though that suggest if the conspiracies objective has been completed then statements that happen after the conspiracy fall outside this rule but it's actually seemed quite strange to me to be honest it would seem to me if you had smoking gun evidence that they were concealing a murder that that would still be in furtherance of completing the murder without getting caught but it seems like we have case all that suggest if the criminal act has been completed any statements after that I think that we need to not conflate the completion of the underlying criminal activity with the completion of the conspiracy and so here we have this ongoing gang retaliation conspiracy and the objectives of the kid the smaller conspiracy to kidnap were the same objectives of information gathering and retaliation and so those those objectives had not been completed at that time and so I just think I'm probably asking the same question you're gonna ask let's just take out the one and just say it's only about TJ is that her name yes okay so it's only about TJ they're done with their intimidation beating up and all of that stuff what happens then and they have a statement afterwards it says well that was kidnapping well so we do have that statement what a hypothetical and so will you do you understand the point I think this is what judge boom cats wanted to ask which is okay take out the broader one maybe that helps you here but I'm I'm just quite curious about this point it seems a little strange so I think that the case law is you can't have just a conspiracy to conceal that is the basis of admitting these statements it has to be some broader conspiracy so we have this kidnapping conspiracy assuming that there isn't this larger conspiracy to retaliate which there is but assuming that there isn't you had this conspiracy to kidnap TJ and the kidnapping might be but is the conspiracy totally over usually you have in order to show the terminate the defendant bears the burden of showing the termination of a conspiracy or affirmative withdrawal and I would submit that you know she might have been released but we don't know that looking at the those statements you don't know what's going to happen afterwards and so I think I mean they seem I mean if we are considering the conspiracy like in step one of your three steps as like the conspiracy to kidnap this person to you know make sure she didn't do anything bad or to punish her for doing being part of this carjacking and whatnot I mean they they kidnap her they question her they beat her up they get a telephone call that was like oh yeah it's not her fault and then they release her right how is how is that conspiracy not done unless we're to say like oh and we're always going to also include the cover-up as part of the conspiracy which I understand not Franklin but the case that comes over pain is it called to kind of say no you need some sort of ongoing conspiracy still happening and if concealing is going on while the conspiracy is going on otherwise okay fine but we're not going to like just let you tack on later the concealing statements as part of the conspiracy so I want to address I'll just address a couple of things um I think the first aspect is that there was some phone call that phone call didn't happen till much later they didn't really determine that TJ the victim wasn't a part of the retaliation until a lot longer and that's when Cortez Blake called the victim and said I apologize you weren't actually part of this she was still very frightened in those and needed protection and to be actually relocated out of state and then also in terms of the pain decision if I'm remembering it correctly I think the district court there didn't determine when the statements had occurred here we know when the statements occurred we know that it was after she was released but just as in Franklin the robbery had been completed the parties got together they did beat up the funds they said don't tell anybody and then they went on their separate ways and those were those were still considered to be in furtherance of that robbery conspiracy because we're not looking at that it's very crime dependent I guess is a way of thinking about it yeah I think it is a fact-specific inquiry you're gonna take a look at what's happening if it were you know years down the line and they're talking about this this obviously that wouldn't be but I think this is the immediate aftermath or they're discussing what's happening and they're trying to figure out what's happening and they're getting their bearings about them after these violent crimes okay thanks very much we appreciate your argument we have some rebuttal here mr. Livingston so one thing I wanted to mention in terms of you know the practical import of I think my friend on the other side's argument is that you have to object upon hearing the special condition at sentencing it really wouldn't make sense when you're the beneficiary of a more lenient condition so there makes no you sure you don't want to add a few things I got you on that one so that's kind of my point is that you shouldn't hold it against a criminal defendant for failing to object when he's receiving a more lenient recommendation that's actually in the PSR so that for that reason that's why I think plainer just simply does not apply we talked a little bit initially about what to do in this case whether this court should remand or whether it should modify on his own I just wanted to point out that in the United States versus Mariana it's a on-bond decision from the Second Circuit recently considering this decision in August 28th or recently considering this issue August 28th of 2025 in that case they just vacated the written instruction that differed from what was announced at sentencing so we think that would be appropriate to do in this case in terms of the the n-rate issue and what can come in at trial I think what's interesting in this case is that there's two group chats right there's the November 14th group chat and sort of leading up to what happens in this case in terms of TJ going to the house conspiracy is clearly ongoing at that point if there's a conspiracy right later the November 15th group chat she's already been released and so I think but why isn't it fair to say the there was more than one conspiracy and it was not just TJ it was also this competing gang why why isn't that fair game well I don't think it's fair game for a couple reasons one is that we have to I think look at the indictment and I think we have to look what the evidence was at trial and the indictment says the conspiracy was two things it was to retaliate against TJ because they thought that she had something to do with the carjacking and we should the other part of the conspiracy was to obtain information about who else may have been involved or what was going on in that that circumstance so at the time that she was released the objects of that conspiracy was over they were no longer trying to obtain information or retaliate against TJ and that was the state's theory at trial so I think we have to hold the state to what they actually used to trial because the Supreme Court of the United States said in Grinnell Waldvorst United States 353 US 391 every conspiracy will inevitably be followed by actions taken to cover up the conspiracies the conspirators traces sanctioning the government's theory would for all practical purposes wipe out the statute of limitations the conspiracy cases as well as extend indefinitely the time within which hearsay declarations will bind co-conspirators so I think at a certain point there has to be a full stop the conspiracy objections or objectives have ended and in this case I think we have to look at the indictment what actually happened at trial so yes there may always be differences and sometimes a concealment could be in furtherance if the objectives haven't been completed but that's not what we have in this case we don't buy that we're bound by the conspiracy that's a let's like set forth in the indictment you don't think at trial here there's enough evidence of a conspiracy to generally retaliate I mean it comes out that you know they they want her to like point out the house that they you know are taking other actions you don't you don't think that there's enough there I mean we may not I forget if we have kind of a more definitive kind of ruling from the district court judge on it but you don't think there's enough in the record itself for a broader conspiracy I I personally don't because I don't know if we have all the elements of conspiracy in that sense in fact I mean he was acquitted of trial of conspiracy even in connection with TJ but I certainly think in terms of a broader conspiracy that was not actually elucidated a trial we wouldn't have enough but when you look at the actual group chat that November 15 group chat that we're talking about none of it would actually go to this you know broader conspiracy that the government's now claiming is you know could go to those statements all of those statements were really tied to this specifically what happened with TJ the day before so even if you were to accept that there may have been some broader conspiracy out there the statements at issue wouldn't go to that conspiracy so they shouldn't have been admitted okay thanks very much for both of your helpful oral arguments and briefs mr. Livingston I see your court appointed counsel we're very grateful it's a great service to the system and of course to mr. Blake thank you very much the case will be submitted